| **Fill in this information to identify your case:** |
|---|

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:
☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy          12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Identify Yourself

|  | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **1.** | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Ronald** <br> First name <br><br> **L** <br> Middle name <br><br> **Boorstein** <br> Last name and Suffix (Sr., Jr., II, III) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-6626** | |

Official Form 101         **Voluntary Petition for Individuals Filing for Bankruptcy**         page 1

Debtor 1    **Ronald L Boorstein**                                    Case number *(if known)*

|   | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **4.** | **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☐ I have not used any business name or EINs.<br>**DBA  Law Offices of Ronald L. Boorstein**<br>Business name(s)<br><br>EINs | ☐ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs |
| **5.** | **Where you live** | **1120 Kent Avenue**<br>**Highland Park, IL 60035**<br>Number, Street, City, State & ZIP Code<br><br>**Lake**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6.** | **Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1   **Ronald L Boorstein** _____   Case number *(if known)* _____

### Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| Debtor | Relationship to you |
|---|---|
| District ____ When ____ | Case number, if known ____ |
| Debtor | Relationship to you |
| District ____ When ____ | Case number, if known ____ |

**11. Do you rent your residence?**

■ No.   Go to line 12.
☐ Yes.  Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

  ☐ No. Go to line 12.
  ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1    **Ronald L Boorstein** _____    Case number *(if known)* _____

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |

**12. Are you a sole proprietor of any full- or part-time business?**

☐ No.    Go to Part 4.

■ Yes.    Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

**Law Offices of Ronald L. Boorstein**
Name of business, if any

**150 South Wacker Drive, Suite 2100**
**Chicago, IL 60606-4202**
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
■ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☐ No.    I am not filing under Chapter 11.

■ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.
☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

Number, Street, City, State & Zip Code

Debtor 1 **Ronald L Boorstein**     Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>   ☐ **Incapacity.**<br>   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>   ☐ **Disability.**<br>   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>   ☐ **Active duty.**<br>   I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of**:<br><br>   ☐ **Incapacity.**<br>   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>   ☐ **Disability.**<br>   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>   ☐ **Active duty.**<br>   I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1  **Ronald L Boorstein**                                                                                         Case number *(if known)*

| **Part 6:** | **Answer These Questions for Reporting Purposes** |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

■ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| **Part 7:** | **Sign Below** |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Ronald L Boorstein**
**Ronald L Boorstein**
Signature of Debtor 1

Signature of Debtor 2

Executed on  **September 8, 2017**
MM / DD / YYYY

Executed on  _____
MM / DD / YYYY

Official Form 101            **Voluntary Petition for Individuals Filing for Bankruptcy**                                page 6

Debtor 1  **Ronald L Boorstein** _____   Case number *(if known)* _____

| | |
|---|---|
| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
| **If you are not represented by an attorney, you do not need to file this page.** | |

**/s/ William J. Factor** _____     Date  **September 8, 2017**
Signature of Attorney for Debtor                                   MM / DD / YYYY

**William J. Factor**
Printed name

**FactorLaw**
Firm name

**105 W. Madison St., Suite 1500**
**Chicago, IL 60602**
Number, Street, City, State & ZIP Code

Contact phone  **312-878-6976**            Email address  _____

**6205675**
Bar number & State

---

Official Form 101          **Voluntary Petition for Individuals Filing for Bankruptcy**          page 7

**Fill in this information to identify your case:**

Debtor 1: **Ronald L Boorstein**
First Name  Middle Name  Last Name

Debtor 2 (Spouse if, filing):
First Name  Middle Name  Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known):

☐ Check if this is an amended filing

# B 104

For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders           12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

**Blue Cross Blue Shield of Illinois
Health Care Service Corporation
25550
Chicago, IL 60673-1255**

Contact
Contact phone

What is the nature of the claim? business debt any alleged personal liability is disputed listed here for notice only         $ **$5,405.90**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
Value of security: - $ _____
Unsecured claim  $ _____

**2**

**Brian B. Boorstein
c/o Granite Creek, LLC
222 West Adams Street, Suite 1980
Chicago, IL 60606**

What is the nature of the claim? _____   $ **$270,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
No

Case 17-26979    Doc 1    Filed 09/08/17    Entered 09/08/17 16:02:11    Desc Main
                        Document         Page 9 of 20

Debtor 1   **Ronald L Boorstein**                                 Case number *(if known)*

|  |  |
|---|---|
| Contact | ■ |
|  | ☐ Yes. Total claim (secured and unsecured)  $ |
|  | Value of security:  - $ |
| Contact phone | Unsecured claim  $ |

**3**

**Dave Cameron**
**521 Bonniebrook**
**Mundelein, IL 60060**

**What is the nature of the claim?**   business debt any alleged personal liability is disputed listed here for notice only   $ **$4,874.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)   $
Value of security:   - $

Contact
Contact phone   Unsecured claim   $

---

**4**

**FGMK, LLC**
**333 W Wacker Drive**
**Chicago, IL 60606**

**What is the nature of the claim?**   personal services   $ **$6,261.93**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)   $
Value of security:   - $

Contact
Contact phone   Unsecured claim   $

---

**5**

**FGMK, LLC**
**333 W Wacker Drive**
**Chicago, IL 60606**

**What is the nature of the claim?**   business debt any alleged personal liability is disputed listed here for notice only   $ **$35,395.41**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)   $
Value of security:   - $

Contact

B 104 (Official Form 104)    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    Page 2

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Ronald L Boorstein**                                              Case number *(if known)*

Contact phone                                  Unsecured claim                $ _____

---

**6**

**Gold Ring Holdings, LLC**
**c/o Kevin C. Driscoll, Jr.**
**One North Wacker Drive**
**Chicago, IL 60606**

**What is the nature of the claim?**    avoidable citation lien    $ **$4,928,520.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)   $ **$4,928,520.00**
    Value of security:   - $ **Unknown**
    Unsecured claim   $ **$4,928,520.00**

Contact

Contact phone

---

**7**

**Gretchen Neddenriep, LLC**
**501 North Illinois Route 21**
**Gurnee, IL 60031**

**What is the nature of the claim?**    **business debt any alleged personal liability is disputed listed here for notice only**    $ **$6,860.50**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
    Value of security:   - $ _____
    Unsecured claim   $ _____

Contact

Contact phone

---

**8**

**Harvard Law School**
**1563 Massachusetts Avenue**
**Cambridge, MA 02138**

**What is the nature of the claim?**    personal    $ **$10,050.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
    Value of security:   - $ _____
    Unsecured claim   $ _____

Contact

Contact phone

---

**9**

**Illinois Department of Revenue**
**PO Box 19006**
**Springfield, IL 62794-9006**

**What is the nature of the claim?**       $ **$25,821.67**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent

---

B 104 (Official Form 104)    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    **Page 3**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Ronald L Boorstein**                                     Case number *(if known)*

☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $
   Value of security:   - $
   Unsecured claim   $

Contact
Contact phone

---

**10**

**Inland Bank & Trust**
**2805 Butterfield Road**
**Oak Brook, IL 60523**

**What is the nature of the claim?**   **personal guarantee on mortgage loan**   $ **$1,485,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $
   Value of security:   - $
   Unsecured claim   $

Contact
Contact phone

---

**11**

**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

**What is the nature of the claim?**                                     $ **$268,807.85**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $
   Value of security:   - $
   Unsecured claim   $

Contact
Contact phone

---

**12**

**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

**What is the nature of the claim?**   **Trust Fund Dollars**   $ **$5,446.72**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)   $
   Value of security:   - $
   Unsecured claim   $

Contact
Contact phone

B 104 (Official Form 104)       **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**       **Page 4**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

Debtor 1  **Ronald L Boorstein**                            Case number *(if known)*

---

### 13

**Lake County Collector**
**18 N. County Street**
**Waukegan, IL 60085**

**What is the nature of the claim?**   **taxes for real estate for which Debtor has personal guarantee on mortgage loan**   $ **$122,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
   Value of security:                          - $ _____
   Unsecured claim                              $ _____

Contact
Contact phone

---

### 14

**Maria Trujillo**
**4220 Fishermans Terrace**
**Lyons, IL 60534**

**What is the nature of the claim?**   **business debt any alleged personal liability is disputed listed here for notice only**   $ **$4,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
   Value of security:                          - $ _____
   Unsecured claim                              $ _____

Contact
Contact phone

---

### 15

**MB Financial Bank, N.A.**
**Attn: Mary Alberts, Senior Vice Prs**
**363 W. Ontario Street**
**Chicago, IL 60654**

**What is the nature of the claim?**        $ **$798,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
   Value of security:                          - $ _____
   Unsecured claim                              $ _____

Contact
Contact phone

---

### 16

**What is the nature of the claim?**   **business debt any alleged personal**   $ **$5,345.00**

---

B 104 (Official Form 104)    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    **Page 5**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Ronald L Boorstein**    Case number *(if known)*

**Mesirow Financial**
**353 North Clark Street**
**Chicago, IL 60654**

liability is disputed listed here for notice only

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
   Value of security:    - $ _____
   Unsecured claim    $ _____

Contact _____
Contact phone _____

---

**17**

**Michael and Denise Caplan**
**1331 Hilary Lane**
**Highland Park, IL 60035**

**What is the nature of the claim?**    $ **$150,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
   Value of security:    - $ _____
   Unsecured claim    $ _____

Contact _____
Contact phone _____

---

**18**

**Richard A. Thompson, Jr.**
**456 Pine Lake Circle**
**Vernon Hills, IL 60061**

**What is the nature of the claim?**    business debt any alleged personal liability is disputed listed here for notice only    $ **$6,416.67**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
   Value of security:    - $ _____
   Unsecured claim    $ _____

Contact _____
Contact phone _____

---

**19**

**Shirley S. Pearlman**
**9333 Crimson Leaf Terrace**
**Potomac, MD 20854**

**What is the nature of the claim?**    $ **$300,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor 1     **Ronald L Boorstein**                                         Case number *(if known)*

☐
■   None of the above apply

**Does the creditor have a lien on your property?**

■   No
☐   Yes. Total claim (secured and unsecured)       $
      Value of security:                      - $
Contact
      Unsecured claim                         $

Contact phone

| 20 | **William M. Boorstein**<br>**2646 Reeds Lake Blvd. S.E.**<br>**East Grand Rapids, MI 49506** | **What is the nature of the claim?** | $ **$150,000.00** |

**As of the date you file, the claim is:** Check all that apply
☐   Contingent
☐   Unliquidated
☐   Disputed
■   None of the above apply

**Does the creditor have a lien on your property?**

■   No
Contact
☐   Yes. Total claim (secured and unsecured)       $
      Value of security:                      - $
Contact phone
      Unsecured claim                         $

**Part 2:    Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X   **/s/ Ronald L Boorstein**                                         X
   **Ronald L Boorstein**                                       Signature of Debtor 2
   Signature of Debtor 1

   Date     **September  8, 2017**                              Date

B 104 (Official Form 104)         For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims         Page 7

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

AAR Consulting Inc.
211 W Wacker Drive #1800
Chicago, IL 60606


American Bar Association
321 North Clark Street
Chicago, IL 60654


ARC Document Solutions, LLC
640 N LaSalle Drive
Chicago, IL 60654


Arnold H. Wax, DDS
30 N Michigan Ave #1623
Chicago, IL 60602


Bank Direct Capital Finance
PO Box 660448
Dallas, TX 75266-0448


Bank of America
PO Box 15019
Wilmington, DE 19850-5019


Blue Cross Blue Shield of Illinois
Health Care Service Corporation
25550
Chicago, IL 60673-1255


Bmo Harris Diners Club
111 W Monroe St
Chicago, IL 60603


Brian B. Boorstein
c/o Granite Creek, LLC
222 West Adams Street, Suite 1980
Chicago, IL 60606


Cardmember Service
PO Box 790408
Saint Louis, MO 63179-0408


Chubb
PO Box 7247-0180
Philadelphia, PA 19170-0180

Citi
PO Box 9001037
Louisville, KY 40290-1037

Colin Noble
37497 N. Rt. 59
Lake Villa, IL 60046

Costco Go Anywhere Citicard
Centralized Bk/Citicorp Credit Card Srvs
Po Box 790040
St Louis, MO 63179

Credit One
PO Box 60500
City of Industry, CA 91716-0500

Dave Cameron
521 Bonniebrook
Mundelein, IL 60060

Delta Dental of Illinois
111 Shuman Blvd
Naperville, IL 60563-1949

Diners Club
PO Box 6012
Carol Stream, IL 60197-6012

Diners Club
PO Box 5732
Carol Stream, IL 60197-5732

Discover Financial Services
PO Box 6103
Carol Stream, IL 60197-6103

DLL Finance LLC
Po Box 14535
Des Moines, IA 50306

Farmers Insurance Exchange
PO Box 0991
Carol Stream, IL 60132-0991

```
FedEx
3965 Airways
Module G, 4th Floor
Memphis, TN 38116


FGMK, LLC
333 W Wacker Drive
Chicago, IL 60606


First Choice Coffee Services
3535 Commecial Avenue
Northbrook, IL 60062


Flamm Teibloom Stanko & McCarthy Lt
20 North Clark Street
Suite 2200
Chicago, IL 60607


Gold Ring Holdings, LLC
c/o Kevin C. Driscoll, Jr.
One North Wacker Drive
Chicago, IL 60606


Gretchen Neddenriep, LLC
501 North Illinois Route 21
Gurnee, IL 60031


Harvard Law School
1563 Massachusetts Avenue
Cambridge, MA 02138


Herrera & Sons Landscaping
4153 N Damen Avenue
Chicago, IL 60618


Howard Simon & Associates
304 Saunders Road
Deerfield, IL 60015


Illinois Department of Revenue
PO Box 19006
Springfield, IL 62794-9006
```

Illinois Secretary of State
213 State Capitol
Springfield, IL 62756

Inland Bank & Trust
2805 Butterfield Road
Oak Brook, IL 60523

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Lake County Collector
18 N. County Street
Waukegan, IL 60085

Lesley Thompson
456 Pine Lake Circle
Vernon Hills, IL 60061

Lincoln Automotive Fin
12110 Emmet St
Omaha, NE 68164

Maria Trujillo
4220 Fishermans Terrace
Lyons, IL 60534

MB Financial Bank, N.A.
Attn: Mary Alberts, Senior Vice Prs
363 W. Ontario Street
Chicago, IL 60654

Mesirow Financial
353 North Clark Street
Chicago, IL 60654

Michael and Denise Caplan
1331 Hilary Lane
Highland Park, IL 60035

Michael Maxwell Berube

```
MJH Wacker, LLC
c/o Marvin J. Herb
6000 Garlands Lane, Suite 120
Barrington, IL 60010


Neofunds by Neopost
PO Box 30193
Tampa, FL 33630-3193


Quill
POo Box 34600
Philadelphia, PA 19101-0600


Richard A. Thompson, Jr.
456 Pine Lake Circle
Vernon Hills, IL 60061


Sherman Mechanical, Inc.
1075 Alexander Court
Cary, IL 60013


Shirley S. Pearlman
9333 Crimson Leaf Terrace
Potomac, MD 20854


Suburban Sealcoating & Snowplowing
967 Timber Lake Drive
Antioch, IL 60002


Sun Life Assurance Company
SC 2350
Wellesley Hills, MA 02481


TForce Final Mile
5429 LBJ Freeway, Suite 900
Dallas, TX 75240


The Standard Club
320 S Plymouth Court
Chicago, IL 60604


Tyco Integrated Security, LLC
4700 Exchange Court Suite 300
Boca Raton, FL 33431
```

United Mileage Plus
PO Box 1394
Houston, TX 77251-1394


Village of Mundelein
Dept of Water
300 Plaza Circle
Mundelein, IL 60060


Visa Dept Store National Bank/Macy's
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040


Vivian Harris-Jones
18106 Marlin Lane
Homewood, IL 60430


Wells Fargo Bank Nv Na
PO Box 31557
Billings, MT 59107


Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701


William M. Boorstein
2646 Reeds Lake Blvd. S.E.
East Grand Rapids, MI 49506